IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02291-LTB-BNB

RICH FLOORS, LLC, and
DAVID SERVICK,

Plaintiffs,

v.

JAYLON, INC., and
THORNTON, LLC.,

Defendants,

v.

SUZANNE BLAIR,

Third-Party Defendant.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Unopposed Motion for Leave to Conduct Deposition** [docket no. 32, filed September 2, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and discovery is extended solely for the purpose of taking the one deposition requested in the Motion on September 4, 2009.


DATED:  September 3, 2009