IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE BOYD N. BOLAND**

Civil Action No. 08-cv-02291-LTB- BNB          Date: October 29, 2009
Courtroom Deputy: Geneva D. Mattei              FTR BNB COURTROOM A 401

RICH FLOORS, LLC, and                           David Dansky
DAVID SERVICK,

        Plaintiff(s) and Counter Defendants,

v.

JAYLON, INC.,                                   Mark Willis
an Illinois corporation                         Kelly Kilgore
THORNTON LLC,

        Defendant(s) and Counter Claimants

SUZANNE BLAIR,

        ThirdParty Defendant

## COURTROOM MINUTES

**PRETRIAL CONFERENCE and MOTION HEARING**

Court in Session:     9:12 a.m.

Appearance of counsel.

Court's initial comments.

Argument presented.

**ORDERED:** Motion for leave to conduct deposition [Doc. 41; filed 10/21/09] is denied as stated on the record.

The proposed Pretrial Order was reviewed.

**ORDERED:** The proposed Pretrial Order was not approved; counsel were directed to submit a proposed Pretrial Order, in accordance with the directions of the Court, by November 16, 2009.
**The parties shall exchange exhibit on or before November 16, 2009.**

**Objections shall be filed on or before December 4, 2009.**

Court in Recess: 9:48 a.m.    Hearing concluded.    Total time in court: 00:36

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.