IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02291-LTB-BNB

RICH FLOORS, LLC, and
DAVID SERVICK,

Plaintiffs,

v.

JAYLON, INC., and
THORNTON, LLC.,

Defendants,

v.

SUZANNE BLAIR,

Third-Party Defendant.
_____

## ORDER
_____

This matter arises on plaintiffs' and third party defendant's **Motion for Leave to Conduct Deposition** [Doc. # 41, filed 10/21/2009] (the "Motion"). I held a hearing on the Motion this morning, and conducted a final pretrial conference. In summary and for the reasons stated on the record this morning:

IT IS ORDERED that the Motion is DENIED.

IT IS FURTHER ORDERED that the proposed final pretrial order is REFUSED. The parties shall submit a revised proposed final pretrial order, modified as discussed today, on or before **November 16, 2009**.

Dated October 29, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge