# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## LEWIS T. BABCOCK, JUDGE

Civil Case No.  08-cv-02291-LTB-BNB

RICH FLOORS, LLC, and
DAVID SERVICK,

      Plaintiffs,

v.

JAYLON, INC., an Illinois corporation,
THORNTON LLC,

      Defendants,

v.

SUZANNE BLAIR,

      Third-Party Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs and Third-Party Defendant's Unopposed Motion for leave to File Corrected Response to Defendants' Motion for Summary Judgment (Doc 49 - filed October 30, 2009) is **GRANTED**.  The corrected Response is accepted for filing.

    Defendant's Unopposed Motion for Extension of Time to File Reply in Support of Motion for Summary Judgment (Doc 50 - filed October 30, 2009) is **GRANTED up to and including November 17, 2009**.

Dated:  November 2, 2009
_____