IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

---

Civil Action No. 08-cv-02291-LTB-BNB          Date: January 6, 2010
Courtroom Deputy: Geneva D. Mattei          FTR BNB COURTROOM A-401

---

RICH FLOORS, LLC, and                         David Dansky
DAVID SERVICK,

          Plaintiff(s) and Counter Defendants,

v.

JAYLON, INC.,                                 Mark Willis
an Illinois corporation
THORNTON LLC,

          Defendant(s) and Counter Claimants

v.

SUZANNE BLAIR,

          ThirdParty Defendant

---

## COURTROOM MINUTES

---

**HEARING: MOTIONS**

Court in Session:       8:39 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:**   **Unopposed motion to correct the final pretrial order and for one day extension of time to file objections pursuant to Fed.R.Civ.P. 26(A)(3)(B) [Doc #61; filed December 11, 2009] is granted in part and denied in part as stated on the record.**

Court in Recess     8:46 a.m.     Hearing concluded.   Total time in Court:   00:07

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.