IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-02291-LTB-BNB

RICH FLOORS, LLC, and
DAVID SERVICK,

Plaintiffs,

v.

JAYLON, INC., and
THORNTON, LLC.,

Defendants,

v.

SUZANNE BLAIR,

Third-Party Defendant.
_____

## ORDER
_____

This matter arises on the **Unopposed Motion to Correct the Final Pretrial Order and for One Day Extension of Time to File Objections Pursuant to Fed. R. Civ. P. 26(a)(3)(B)** [Doc. # 61, filed 12/11/2009] (the "Motion"). The Motion is GRANTED IN PART and DENIED IN PART.

The Motion seeks the following:

(1) Modification of the final pretrial order to indicate that Rule 26(a)(3) objections are due on or before December 14, 2009; and

(2) Modification of the final pretrial order to indicate that the matter will be tried to the court.

With respect to the relief sought concerning the Rule 26(a)(3) deadline, the Motion is granted. The final pretrial order correctly reflects, however, that the case has been set by the district judge for a four jury trial. Any modification to that must be sought by the parties from the district judge.

IT IS ORDERED that the Motion is GRANTED IN PART and DENIED IN PART as follows:

GRANTED to set the deadline to file Rule 26(a)(3) objections as December 14, 2009; and

DENIED in all other respects.

Dated January 6, 2010.

                                          BY THE COURT:

                                          s/ Boyd N. Boland
                                          United States Magistrate Judge