**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  08-cv-02291-LTB-BNB

RICH FLOORS, LLC, and
DAVID SERVICK,

      Plaintiffs,

v.

JAYLON, INC., an Illinois corporation,
THORNTON LLC,

      Defendants,

v.

SUZANNE BLAIR,

      Third-Party Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      The Joint Motion to Change May 17, 2010 Jury Trial to a Trial to the Court (Doc 69 - filed January 19, 2010) is **GRANTED**.

Dated:  January 20, 2010
_____